| Fill in this information to identify the case: |
|---|
| Debtor name: Miller Title, LLC |
| United States Bankruptcy Court for the: Eastern District of Texas |
| Case number (if known): 23-41450 |

☑ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

**Be as complete and accurate as possible.** Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   - ☑ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     | | **Total claim** | **Priority amount** |
|---|---|---|---|
| 2.1 | **Priority creditor's name and mailing address** <br><br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number** ___ ___ ___ ___ <br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☐ Yes | | |
| 2.2 | **Priority creditor's name and mailing address** <br><br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number** ___ ___ ___ ___ <br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☐ Yes | | |

Debtor  **Miller Title, LLC**  
<span style="font-size:smaller">Name</span>

Case number *(if known)* **23-41450**

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**
East Texas Title Companies
1021 Ese 323 Loop Ste 400
Tyler, TX 75701-9655

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$16,821.77**

**3.2** **Nonpriority creditor's name and mailing address**
Jacksonville Realty
c/o Saunders, Walsh & Beard
6850 TPC Dr Ste 210
Mckinney, TX 75070-3145

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$2,000,000.00**

**3.3** **Nonpriority creditor's name and mailing address**
Miller Texas Properties
10185 Custer Rd 300
Plano, TX 75025

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$55,792.70**

**3.4** **Nonpriority creditor's name and mailing address**
RamQuest Inc
6111 W. Plano Parkway, Suite 3800
Plano, TX 75093

Date or dates debt was incurred  **04/01/2016**
Last 4 digits of account number  **7 6 1 8**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$30,000.00**

Debtor   **Miller Title, LLC**  Case number *(if known)* __23-41450__
 Name

## Part 2: Additional Page

**3.5** **Nonpriority creditor's name and mailing address**  **As of the petition filing date, the claim is:**  __$27,643.14__
 *Check all that apply.*
 **Texan Title Insurance Company**  ☐ Contingent
  ☐ Unliquidated
 **613 NW Loop 410, Suite 555**  ☐ Disputed

 **San Antonio, TX 78216**  **Basis for the claim:** _____

  **Is the claim subject to offset?**
 Date or dates debt was incurred   __03/04/2020__  ☑ No
  ☐ Yes
 Last 4 digits of account number   __7__ __6__ __1__ __8__

Debtor    **Miller Title, LLC**                                                                                  Case number *(if known)*    **23-41450**
          Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|   |   | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $0.00 |
| 5b. **Total claims from Part 2** | 5b.  + | $2,130,257.61 |
| 5c. **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $2,130,257.61 |

**Fill in this information to identify the case:**

Debtor name: Miller Title, LLC

United States Bankruptcy Court for the: Eastern District of Texas

Case number (if known): 23-41450

☑ Check if this is an amended filing

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors           12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ❏ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ❏ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ❏ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ❏ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ❏ *Schedule H: Codebtors* (Official Form 206H)
- ❏ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)
- ☑ *Amended Schedule* Schedule E/F
- ❏ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ❏ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  8/16/2023
MM/ DD/ YYYY

X /s/Donald R. Miller, Sr.
Signature of individual signing on behalf of debtor

Donald R. Miller, Sr.
Printed name

Member
Position or relationship to debtor

Official Form B202     **Declaration Under Penalty of Perjury for Non-Individual Debtors**