# **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the Case Filing Notice - Form 309C has been forwarded by depositing same with the United States Postal Service via first class mail or Electronic Mail, on this 16th day of August 2023, as follows:

East Texas Title Companies
1021 ESE 323 loop, Ste 400
Tyler, TX 75701

/s/  Vincent S. LoBue

Vincent S. LoBue
Attorney for Debtors